**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00234-CR**
_____

**IN RE SAMAD SEFIANE**

_____

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause No. 17-27943**
_____

**MEMORANDUM OPINION**

In a petition asking this Court to issue a writ of mandamus, Samad Sefiane complains that Jamie Smith, the Jefferson County District Clerk, failed to timely file and transmit documents Sefiane filed with the District Clerk in Trial Cause Number 17-27943 to the Texas Court of Criminal Appeals.[1] *See* Tex. R. App. P. 52; *see generally* Tex. Code Crim. Proc. Ann. art. 11.07, § 3. We dismiss the petition.

---

[1]Relator was convicted of aggravated family violence assault in the Criminal District Court of Jefferson County, Texas, in Trial Cause Number 17-27943. *See Sefiane v. State*, No. 09-18-00216-CR, 2019 WL 2439490 (Tex. App.—Beaumont June 12, 2019, pet. ref'd) (mem. op., not designated for publication). Even though Sefiane didn't certify that he served a copy of his petition for mandamus on the

Intermediate courts of appeal do not have jurisdiction to command actions to be taken by a district clerk unless the party making the request shows that issuing a writ is necessary to enforce the appellate court's jurisdiction over an appeal. *See* Tex. Gov't Code Ann. § 22.221(a), (b). Sefiane did not do so here. Accordingly, we dismiss Sefiane's petition for lack of jurisdiction.

PETITION DISMISSED.

PER CURIAM

Submitted on July 23, 2024
Opinion Delivered July 24, 2024
Do Not Publish

Before Johnson, Wright and Chambers, JJ.

---

Respondent and the Real Party in Interest, we suspend that requirement under the circumstances to expedite resolving the complaints that he has raised in his petition. *See* Tex. R. App. P. 2 (Suspension of Rules); *id*. 9.5(a) (Service of All Documents Required).